**JENNER & BLOCK LLP**
Todd C. Toral (Cal. Bar No. 197706)
Ttoral@jenner.com
Benjamin J. Brysacz (Cal. Bar. No. 297886)
Bbrysacz@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199

Attorneys for Defendants Susan L. Uecker, individually
and in her capacity as Discharged and Exonerated Receiver
for Pappas Radio of California, L.P., and Uecker &
Associates, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPORTES MEDIA OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN L. UECKER, MEDIA ACQUISITION TRUST LLC, EAST BAY BROADCASTING COMPANY INC., SALEM MEDIA GROUP INC., KALIL & CO. INC.,<br><br>Defendants. | Case No. 3:17-cv-3403-WHO<br><br><br>**DEFENDANTS SUSAN L. UECKER'S AND UECKER & ASSOCIATES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br><br>Hearing Date:  August 23, 2017<br>Hearing Time:  2:00 p.m.<br>Judge:  Hon. William H. Orrick<br>Courtroom:  2, 17th Floor |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Susan L. Uecker, individually and in her capacity as Discharged and Exonerated Receiver for Pappas Radio of California, L.P., and Uecker & Associates, Inc., certify that Uecker & Associates, Inc. has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:  July 12, 2017                                   JENNER & BLOCK LLP

                                                        /s/ Todd C. Toral
                                                        TODD C. TORAL


                                                        Attorneys for Defendants Susan L. Uecker,
                                                        individually and in her capacity as Discharged
                                                        and Exonerated Receiver for Pappas Radio of
                                                        California, L.P., and Uecker & Associates, Inc.

Defendants Susan L. Uecker's and Uecker & Associate's Certification of Interested Entities or Persons and Corporate Disclosure Statement
Case No. 3:17-cv-3403-WHO