UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEPORTES MEDIA OF CALIFORNIA, LLC | Case No. 3:17-cv-3403-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SUSAN L. UECKER, MEDIA ACQUISITION TRUST LLC, EAST BAY BROADCASTING COMPANY INC., SALEM MEDIA GROUP INC., AND KALIL & CO. INC., | |
| Defendants. | |

Pursuant to stipulation, **as modified below,** and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's opposition to the Defendants' respective motions to dismiss will be filed no later than August 30, 2017.

2. The hearing on the Defendants' respective motions to dismiss will be held on **September 20, 2017**.

3. No discovery will be propounded until after the Case Management Conference is held.

**4. The initial Case Management Conference shall be held on September 20, 2017. A Joint Case Management Statement shall be filed by September 13, 2017. If defendants contend in good faith that plaintiff will never be able to assert a cause of action that will allow the case to get beyond the pleading stage, they may delay the Rule 26(f) conference until after the Case Management**

**Conference; otherwise, it should occur in accordance with the Federal Rules of Civil Procedure.**

IT IS SO ORDERED THIS 10th day of August, 2017.

_____
The Honorable William H. Orrick
United States District Judge