UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPORTES MEDIA OF CALIFORNIA, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDIA TRUST ACQUISITIONS LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-03403-WHO<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 95 |

While I assume the parties have simply made a typo twice in their Joint Statement, the Case Management Conference will commence at 2:00 p.m. on Monday, October 1, 2018. If the parties have not set their deposition schedules or met and conferred concerning their apparent discovery disputes, they should plan to spend the remainder of the afternoon after the conference in the Attorney Lounge on the 18th floor to address those issues.

**IT IS SO ORDERED.**

Dated: September 28, 2018



William H. Orrick
United States District Judge