# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPORTES MEDIA OF CALIFORNIA, LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> SUSAN L. UECKER, MEDIA ACQUISITION TRUST LLC, EAST BAY BROADCASTING LLC, SALEM MEDIA GROUP, INC., and KALIL & CO. INC., <br><br> *Defendants*. | Case No. 3:17-cv-3403-WHO <br><br> **ORDER GRANTING MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Pursuant to counsel's agreement as set forth in the Joint Motion to Continue Hearing on Plaintiff's Motion for Leave to File Third Amended Complaint filed herein:

IT IS ORDERED that the hearing on Plaintiff's Motion for Leave to File Third Amended Complaint is rescheduled for December 19, 2018.

Dated: November 15, 2018

_____
Honorable William H. Orrick