| | |
|---|---|
| 1 | Mark B. Frazier (State Bar No. 107221) |
| | mfrazier@rutan.com |
| 2 | Carrie MacIntosh (State Bar No. 294610) |
| | cmacintosh@rutan.com |
| 3 | RUTAN & TUCKER, LLP |
| | 611 Anton Boulevard, Suite 1400 |
| 4 | Costa Mesa, California 92626-1931 |
| | Telephone: 714-641-5100 |
| 5 | Facsimile: 714-546-9035 |
| 6 | Attorneys for Defendants |
| | EAST BAY BROADCASTING, LLC (erroneously sued |
| 7 | herein as East Bay Broadcasting Company, Inc.) and |
| | SALEM MEDIA GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPORTES MEDIA OF CALIFORNIA, LLC, | Case No. 3:17-cv-3403 WHO |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AND ORDER** |
| vs. | |
| SUSAN L. UECKER, MEDIA TRUST ACQUISITIONS, LLC, EAST BAY BROADCASTING LLC., SALEM MEDIA GROUP, INC. and KALIL & CO., INC., | Hon. William H. Orrick |
| | Date Action Filed: June 13, 2017 |
| | Trial Date: August 26, 2019 |
| Defendants. | |

Plaintiff Deportes Media of California, LLC ("Plaintiff"), on the one hand, and Defendants Media Trust Acquisitions, LLC, Kalil & Co., East Bay Broadcasting, LLC, and Salem Media Group, Inc. (collectively "Defendants;" together with Plaintiff, the "Parties"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on June 13, 2017, Plaintiff filed a complaint, entitled *Deportes Media of California, LLC v. Susan L. Uecker, et al*, in the United States District Court for the Northern District of California, Case No. 3:17-cv-3403-WHO (the "Action"), alleging claims for breach of contract, tortious interference with contract, tortious interference with prospective economic advantage, and violation of California's Unfair Competition Law, and seeking monetary damages and equitable relief;

WHEREAS, Plaintiff's initial complaint was amended twice to, among other things, remove the causes of action for breach of contract and violations of California's Unfair Competition Law and add causes of action for negligent interference with prospective economic advantage and vicarious liability;

WHEREAS, Plaintiff filed a motion for leave to file a third amended complaint;

WHEREAS, Defendants denied and continue to deny all of the allegations and claims made by Plaintiff in and during the Action;

WHEREAS, on August 17, 2018, the Parties participated in a mediation before the Hon. Margaret Nagle (Ret), as the neutral mediator;

WHEREAS, after mediation and additional settlement efforts, the Parties reached a resolution of all of Plaintiff's claims against Defendants, including those set forth in the Action;

WHEREAS, the Parties entered into a written settlement agreement that calls for dismissal of the Action with prejudice to be filed following the occurrence of certain conditions;

WHEREAS, the conditions precedent to the dismissal of the Action have occurred.

NOW, THEREFORE, the Parties, by and through their counsel of record, stipulate as follows:

1. The Action, including all claims and causes of action alleged therein, shall be dismissed with prejudice, with each Party bearing his, her, or its own attorneys' fees

-2-

Rutan & Tucker, LLP
attorneys at law

2750/033737-0004
11621880.1 a01/30/19

3:17-cv-3403 WHO
STIPULATION FOR DISMISSAL AND ORDER

and costs.

2. The Court shall have continuing jurisdiction over the Action for purposes of enforcing the Parties' settlement agreement.

DATED: January 30, 2019  SBAITI & COMPANY PLLC

By: /s/ *Mazin A. Sbaiti*

Attorneys for DEPORTES MEDIA OF CALIFORNIA, LLC

DATED: January 30, 2019  O'MELVENY & MYERS LLP

By: /s/ *Justine Daniels*

Attorneys for MEDIA TRUST ACQUISITIONS, LLC

DATED: January 30, 2019  RUTAN & TUCKER, LLP

By: /s/ *Carrie MacIntosh*

Attorneys for SALEM MEDIA GROUP, INC. & EAST BAY BROADCASTING, LLC

DATED: January 30, 2019  THOMAS A. ZLAKET, P.L.L.C.

By: /s/ *Tom Zlaket*

Attorneys for KALIL & CO., INC.

Rutan & Tucker, LLP
attorneys at law

2750/033737-0004
11621880.1 a01/30/19

-3-

3:17-cv-3403 WHO
STIPULATION FOR DISMISSAL AND ORDER

**[PROPOSED] ORDER**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the action entitled *Deportes Media of California, LLC v. Susan L. Uecker, et al*, including all claims and causes of action alleged therein, shall be dismissed with prejudice, as set forth in the Parties' Stipulation for Voluntary Dismissal of Claims.

**IT IS SO ORDERED.**

Dated: February 5, 2019

Honorable William H. Orrick
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2750/033737-0004
11621880.1 a01/30/19

-4-
3:17-cv-3403 WHO
STIPULATION FOR DISMISSAL AND ORDER